■ CITY OF ROCHESTER, Appellant, v CHEMICAL BANK OF NEW YORK et al., Defendants. GREAT LAKES DREDGE & DOCK and DUNBAR AND SULLIVAN Co., Doing Business as GREAT LAKES-DUNBAR-ROCHESTER, Respondent.—Order unanimously affirmed, with costs, upon the opinion at Special Term, Schnepp, J. (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.